In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00294-CR**
_____

**CHRIS PRESTONBACH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 435th District Court**
**Montgomery County, Texas**
**Trial Cause No. 13-01-00730 CR**

**MEMORANDUM OPINION**

On August 1, 2013, we notified the parties that our jurisdiction was not apparent from the notice of appeal and the appeal would be dismissed for want of jurisdiction unless we received a response showing grounds for continuing the appeal. No response has been filed.

The notice of appeal seeks to appeal the denial of a motion to quash the indictment. The order is not appealable prior to conviction. *See Apolinar v. State*, 820 S.W.2d 792, 794 (Tex. Crim. App. 1991); *Ahmad v. State*, 158 S.W.3d 525

1

(Tex. App.—Fort Worth 2004, pet. ref'd). Accordingly, we dismiss the appeal for want of jurisdiction.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Opinion Delivered September 4, 2013
Do Not Publish
Before McKeithen, C.J., Gaultney and Horton, JJ.